# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, as subrogee of FROCK BROS. TRUCKING, INC., | ) ) ) ) Case No. 08 CV 2799 |
| Plaintiff, | ) ) Judge Dow |
| v. | ) ) Magistrate Valdez |
| CUMMINS INC., | ) ) ) |
| Defendant. | ) |

## DEFENDANT CUMMINS INC.'S
## STATEMENT UNDER LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Defendant Cummins Inc. hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully Submitted,

\_\_/s/ Brendan J. Healey\_\_\_\_\_
Attorney for Cummins Inc.

Brendan J. Healey
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 251-1000

J. A. Felton
Dan E. Cranshaw
Lathrop & Gage L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
(816) 292-2000

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a true and correct copy of the foregoing *Defendant Cummins Inc.'s Statement Under Local Rule 3.2* on:

>Robert Ostojic
>Leahy, Eisenberg & Fraenkel, Ltc.
>161 North Clark Street, Suite 1300
>Chicago, IL  60601
>(312) 368-4554

via First-Class U.S. Mail this 16th day of May, 2008.

>    ___/s/ Brendan J. Healey_____
>    Brendan J. Healey

**CERTIFICATE OF SERVICE**

      This is to certify that I have served a true and correct copy of the foregoing *Defendant Cummins Inc.'s Statement Under Local Rule 3.2* on:

>Robert Ostojic
>Leahy, Eisenberg & Fraenkel, Ltc.
>161 North Clark Street, Suite 1300
>Chicago, IL  60601
>(312) 368-4554

via First-Class U.S. Mail this 16th day of May, 2008.

                                      ___/s/ Brendan J. Healey_____
                                      Brendan J. Healey