**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, as subrogee of FROCK BROS. TRUCKING, INC., | ) ) ) ) ) | Case No. 08 CV 2799 |
| Plaintiff, | ) ) | Judge Dow |
| v. | ) ) | Magistrate Valdez |
| CUMMINS INC., | ) ) ) | |
| Defendant. | ) | |

<u>**CUMMINS INC.'S MOTION TO TRANSFER VENUE**</u>

Cummins Inc. ("Cummins"), pursuant to 28 U.S.C. § 1404(a), respectfully moves the Court to transfer this case to the United States District Court for the District of Nebraska, Lincoln. In support of this motion, Cummins states as follows:

1.      The Northern District of Illinois is not the appropriate forum for this dispute.  The events that underlie the claims made by Plaintiff American Empire Surplus Lines Insurance Company ("American Empire" or "Plaintiff") all occurred in Antelope County, Nebraska, almost 600 miles away.  Virtually all potential material witnesses live in Nebraska.  The Court, moreover, will have to apply Nebraska law to resolve Plaintiff's claims.

2.      Plaintiff is a Delaware corporation with its principal place of business in Cincinnati, Ohio.  Plaintiff's insured, Frock Bros. Trucking, is a Pennsylvania corporation with its principal place of business in New Oxford, Pennsylvania.  With the sole exception of its counsel's office, neither Plaintiff nor its claims have any connection whatsoever with Illinois.

3.    The factors that guide the Court in passing on motions to transfer venue pursuant to 28 U.S.C. 1404(a) overwhelmingly support transfer of this matter from the Northern District of Illinois to the District of Nebraska.

4.    Cummins incorporates by reference its memorandum in support of this motion to transfer venue filed herewith.

Respectfully submitted,

CUMMINS INC.


_____/s/ Brendan J. Healey_____
Brendan J. Healey
MANDELL MENKES LLC
bhealey@mandellmenkes.com
333 West Wacker, Suite 300
Chicago, Illinois 60606
Telephone:  (312) 759-2158
Telecopier:  (312) 251-1010


J. A. Felton
Dan E. Cranshaw
LATHROP & GAGE L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

ATTORNEYS FOR DEFENDANT

CC 2004895v5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed a copy of the foregoing with the Clerk of the Court using the ECM/ECF system.  I further certify that a copy of the foregoing *Cummins Inc.'s Motion to Transfer Venue* was served on May 19, 2008 by First-Class United States Mail, postage prepaid on the following counsel of record:

> Robert Ostojic
> ro@lefltd.com
> LEAHY, EISENBERG & FRAENKEL, LTD
> 161 North Clark Street
> Suite 1300
> Chicago, IL  60601
> Telephone:  (312) 368-4554

＿＿＿＿＿＿/s/ Brendan J. Healey＿＿＿＿＿＿
An Attorney for Defendant

CC 2004895v5