## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, as subrogee of FROCK BROS. TRUCKING, INC., | ) ) ) ) Case No. 08 CV 2799 |
| Plaintiff, | ) ) Judge Dow |
| v. | ) ) Magistrate Valdez |
| CUMMINS INC., | ) ) ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:   Robert Ostojic
      LEAHY, EISENBERG & FRAENKEL, LTD
      161 North Clark Street, Suite 1300
      Chicago, IL  60601

**PLEASE TAKE NOTICE** that on **Thursday, May 22, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. in Room 1919 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant Cummins Inc.'s Motion to Transfer and memorandum in support thereof, copies of which are hereby served upon you.

                                              Respectfully Submitted,


                                              __/s/ Brendan J. Healey_____
                                              Attorney for Cummins Inc.


Brendan J. Healey                       J. A. Felton
Mandell Menkes LLC                      Dan E. Cranshaw
333 West Wacker Drive, Suite 300        Lathrop & Gage L.C.
Chicago, Illinois 60606                 2345 Grand Boulevard, Suite 2800
(312) 251-1000                          Kansas City, Missouri 64108-2684
                                        (816) 292-2000

May 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing with the Clerk of the Court using the ECM/ECF system.  I further certify that a copy of the foregoing *Cummins Inc.'s Motion to Transfer Venue* was served on May 19, 2008 by First-Class United States Mail, postage prepaid on the following counsel of record:

Robert Ostojic
ro@lefltd.com
LEAHY, EISENBERG & FRAENKEL, LTD
161 North Clark Street
Suite 1300
Chicago, IL  60601
Telephone:  (312) 368-4554


      _____/s/ Brendan J. Healey_____
      An Attorney for Defendant