**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

American Empire Surplus Lines Insurance Company

                                  Plaintiff,

v.                                            Case No.: 1:08−cv−02799

                                                  Honorable Robert M. Dow Jr.

Cummins, Inc.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Cummins, Inc. to transfer case [9] is taken under advisement. Plaintiff is given to and including 6/12/08 within which to file a response to motion to transfer [9] and defendant is given until 6/26/08 to file a reply. Ruling on motion to transfer [9] will be by mail. Filing of defendant's response to the complaint is held in abeyance pending ruling on motion to transfer [9].Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.