

FILED
JUNE 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Robert Ostojic

FIRM: LEAHY, EISENBERG & FRAENKEL, LTD.

STREET ADDRESS: 33 W. MONROE STREET, SUITE 1100

CITY/STATE/ZIP: CHICAGO, IL 60603-5317

PHONE NUMBER: 312-368-4554

ATTORNEY REGISTRATION NO: 6216651

PRIMARY E-MAIL ADDRESS: @lefltd.com

☒ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

FILED
JUN 13 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-CV-02799 | AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY v. CUMMINS INC. | HON. ROBERT M. DOW, JR. |
|  |  |  |
|  |  |  |
|  |  |  |

Attorney's Signature

June 13, 2008
Date

F:\Case\forms\ADDRESS.CHANGE.FORM-FED-LEF.doc