UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, as subrogee of FROCK BROS. TRUCKING, INC. )<br><br>Plaintiff, )<br><br>vs. )<br><br>CUMMINS, INC. )<br><br>Defendants. ) | Case No. 08 CV 2799<br><br>Judge Dow<br><br>Magistrate Valdez |

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant American College of Surgeons hereby gives notice that Brendan J. Healey of Mandell Menkes LLC is hereby withdrawing from this case and will be replaced by Steven L. Baron of Mandell Menkes LLC. Attached hereto as Ex. A is an Appearance Form for Mr. Baron.

                                                Respectfully submitted,

                                                CUMMINS INC.

                                                /s/ Steven L. Baron_____
                                                Steven L. Baron (ARDC No. 6200868)
                                                MANDELL MENKES LLC
                                                bhealey@mandellmenkes.com
                                                333 West Wacker, Suite 300
                                                Chicago, Illinois 60606
                                                Telephone: (312) 759-2158
                                                Telecopier: (312) 251-1010

J. A. Felton
Dan E. Cranshaw
LATHROP & GAGE L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:   (816) 292-2001

Attorneys for Defendant

CC 2004895v5

## CERTIFICATE OF SERVICE

      I hereby certify that I filed a copy of the foregoing with the Clerk of the Court using the ECM/ECF system. I further certify that a copy of the foregoing was served on August 29, 2008 via ECF on the following counsel of record:

    Robert Ostojic
    ro@lefltd.com
    LEAHY, EISENBERG & FRAENKEL, LTD
    33 West Monroe Street
    Suite 1100
    Chicago, IL  60603-5317
    Telephone:  (312) 368-4554


                                      /s/ Steven L. Baron
                                      An Attorney for Defendant

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:   08 CV 2799

AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, as
subrogee of FROCK BROS. TRUCKING, INC. v. CUMMINS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

| | |
|---|---|
| NAME (Type or print) | |
| Steven L. Baron | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Steven L. Baron/ | |
| FIRM  Mandell Menkes LLC | |
| STREET ADDRESS  333 West Wacker Drive, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6200868 | TELEPHONE NUMBER  312-251-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                   APPOINTED COUNSEL | |

EXHIBIT
A